UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY LINDSEY,

           Plaintiff,

v.

DETECTIVE SEAN BUTLER, DETECTIVE RICHARD WERNER, RAYMOND KELLY, CITY OF NEW YORK,

           Defendants.

**ORDER**

11 Civ. 9102 (ER)

RAMOS, D.J.

    On December 12, 2011, Anthony Lindsey filed a *pro se* complaint against the City of New York and several individual defendants for constitutional violations under 42 U.S.C. § 1983. Doc. 2. On October 22, 2019, Lindsey was appointed *pro bono* counsel to conduct discovery on his behalf. Doc. 141. On January 28, 2020, this Court issued an order directing the parties to file a status report at the conclusion of discovery. Doc. 148. The parties have not yet contacted the Court. Accordingly, the parties are directed to submit a joint status report by **October 22, 2020**.

    It is SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                              Edgardo Ramos, U.S.D.J.