

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (646) 740-1295<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

**MEMO ENDORSED**

August 26, 2021

**VIA ECF**
Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Defendants' request for an extension to September 20, 2021 for the parties' joint pre-trial statement is granted.
>
> It is SO ORDERED.   _____
>    Edgardo Ramos, U.S.D.J.
>    Dated: __08/26/2021__
>    New York, New York

Re:   Lindsey v. Butler, et al., 11-cv-9102 (ER)

Your Honor:

       I am a Senior Counsel in the office of Georgia M. Pestana, Corporation Counsel of the City of New York, representing defendants Detective Butler and Detective Werner in the above-referenced matter. Defendants write respectfully to request a twenty-one day extension for the parties to file the joint pre-trial statement pursuant to Your Honor's Individual Practices, from August 30, 2021 to September 20, 2021. Plaintiff does not oppose this request.

       This case is set for trial beginning on November 1, 2021. Defendants request this extension due to the undersigned's computer system being updated, as well as other case commitments. This brief extension of time would allow the parties to complete the joint pre-trial statement and any necessary meet and confer requirements.

       Thank you for your consideration herein.

                              Respectfully submitted,

                              /s/
                            John Schemitsch
                            *Senior Counsel*

cc:   Susman Godfrey LLP (VIA ECF)