UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x
ANTHONY LINDSEY,

                Plaintiff,

    - against -

DETECTIVE SEAN BUTLER, *et al.*,

                Defendants.
---------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: __1/11/2022__

**ORDER**

11 Civ. 9102 (ER)

Ramos, D.J.:

    On December 9, 2021, the parties were advised that this action was third in line for jury selection on January 31, 2022. Doc. 183. The two other trials previously ahead of this case have been adjourned.

    Accordingly, jury selection will be held on January 31, 2022 at 10 a.m. Trial will commence immediately after jury selection.

    It is SO ORDERED.

Dated: January 11, 2022
       New York, New York

                                                                 Edgardo Ramos, U.S.D.J.