# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY LINDSEY, <br><br> Plaintiff, <br><br> v. <br><br> DETECTIVE SEAN BUTLER, and <br> DETECTIVE RICHARD WERNER, <br><br> Defendants. | Case No. 11-cv-09102 (ER) <br><br> Hon. Edgardo Ramos <br><br><br> **ORDER** |

**TO:** **METROPLITAN CORRECTIONAL CENTER**
**150 Park Row**
**New York, New York 10007**

**OR**

**Whatever facility the New York State Department of Corrections and Community Supervision chooses to house Anthony Lindsey, #11-A-2302, that is determined to be close to the United States Courthouse, 40 Foley Square, New York, New York, and can detain state prisoners awaiting and participating in civil trials in the Southern District of New York while the Metropolitan Correctional Center, 150 Park Row, New York, New York is closed, pursuant to this Court's Amended Writ of Habeas Corpus Ad Testificandum, dated January 13, 2022 ("CORRECIONAL FACILITY")**

**WHEREAS** the above-entitled Plaintiff must attend a jury trial at the United States Courthouse, located at 40 Foley Square, New York, New York 1007 on January 31, 2022 through February 3, 2022; and

**WHEREAS** pursuant to this Court's Amended Writ of Habeas Corpus Ad Testificandum, dated January 13, 2022, Plaintiff will be incarcerated in Metropolitan Correctional Center, New York, NY, or the CORRECTIONAL FACILITY (another facility to be determined close to the United States Courthouse that can detain state prisoners awaiting and participating in civil trials in the Southern District of New York while the Metropolitan Correctional Center is closed), during the course of the trial;

**WHEREAS** this Court's Amended Writ of Habeas Corpus Ad Testificandum, dated January 13, 2022, stated that Plaintiff's counsel are authorized as officers of the Court to relay any further instructions from the Court, regarding the transport, safekeeping, care and subsistence of Plaintiff to the warden of the Correctional Facility and the United States Marshal, and

**WHEREAS** *pro bono* counsel needs to deliver appropriate attire for Plaintiff to wear to court;

**NOW THEREFORE** IT IS ORDERED that the METROPOLITAN CORRECTIONAL CENTER or CORRECTIONAL FACILITY accept two (2) sets of trial clothes from Stephanie Spies, Esq. or Steven Shepard, Esq. and deliver them to inmate Anthony Lindsey NYS DOCCS #11-A-2302.

Dated: January 20, 2022

So Ordered: _____
Edgardo Ramos, U.S.D.J