UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ANTHONY LINDSEY,

                              Plaintiff,

        -against-

DETECTIVE SEAN BUTLER and DETECTIVE
RICHARD WERNER,

                              Defendants.

11 Civ. 9102 (ER)

**ORDER**

Ramos, D.J.:

      Please be advised that, based on a new safety protocol that was recently implemented, no one may unmask in the courtroom—even in the HEPA-filter-outfitted witness and attorney boxes—unless they have tested negative for COVID-19 using an approved molecular diagnostic test.  (Antigen tests are not approved.)  If a person will be removing his or her mask on successive days, the person may test on an every-other-day schedule; otherwise, the speaker must test negative on the day of his or her appearance.  If a speaker has had a confirmed case of COVID-19 (verified by either a doctor's note or a viral test result) within the prior ninety days, he or she will be exempted from these testing requirements.  Confirmation of negative test results (or of a prior case of COVID-19) must be provided to the Court through its staff.

      **To be clear: This new policy will be in effect when trial begins on Monday and applies to all witnesses and counsel who intend to speak without a mask.  Moreover, counsel should make adequate preparations to comply with these requirements before trial starts.  The Court will not delay the start of the proceedings on account of this new policy.**

      The following is a list of the tests that are approved:

- PCR / RT-PCR / ddPCR / Rapid PCR (Polymerase Chain Reaction)
- NAA / NAAT (Nucleic Acid Amplification)
- AMP PRB (Amplified Probe)
- LAMP (Loop-mediated Isothermal Amplification)
- Accepted molecular diagnostic test brands, including but not limited to:
  - Abbott ID NOW
  - Quidel Lyra PCR
  - Abbott Realtime PCR
  - Cobas Qualitative PCR
  - FTD PCR o Xpert Xpress
  - Simplexa Direct PCR
  - RUCDR Infinite Biologics
  - Lucira Health

The following are tests that are NOT approved:

- All tests that do not have FDA authorization or approval
- All Antigen (Ag) tests (including but not limited to Quidel Sophia, Abbott BinaxNOW and Rapid Antigen Tests)
- All Antibody tests (such as IgG, IgA, IgM and Rapid Antibody Tests)
- All blood tests (such as fingerstick, venipuncture)
- All plasma tests
- All serum tests
- All lateral flow tests
- Any doctor's note

If counsel have any questions or need assistance (either procuring an approved test or arranging for a location within the courthouse to perform a test), they should email covid_response@nysd.uscourts.gov. If needed, the Court has tests that can be made available to the parties free-of-charge and that can be taken one hour prior to the scheduled appearance time, provided that there is 24-hours' notice sent to the Covid Response email.

SO ORDERED.

Dated:   January 26, 2022
         New York, New York

_____
          Edgardo Ramos, U.S.D.J.