UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY LINDSEY,<br><br>                Plaintiff,<br><br>v.<br><br>DETECTIVE SEAN BUTLER, and<br>DETECTIVE RICHARD WERNER,<br><br>                Defendants. | Case No. 11-cv-09102 (ER)<br><br>Hon. Edgardo Ramos<br><br><br>ORDER |

**TO:** UNITED STATES MARSHAL, Southern District of New York

**AND**

    NEW YORK STATE DEPARTMENT OF CORRECTIONS AND
    COMMUNITY SUPERVISION

**WHEREAS** the above-entitled Plaintiff must attend a jury trial at the United States Courthouse, located at 40 Foley Square, New York, New York 1007 on January 31, 2022 through February 3, 2022; and

**WHEREAS** pursuant to this Court's Amended Writ of Habeas Corpus Ad Testificandum, dated January 13, 2022, NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION, under the supervision of the UNITED STATES MARSHAL, shall provide all necessary security for the custody of ANTHONY LINDSEY, #1 l-A-2302, during trial proceedings and during any other times that he is present in the U.S. courthouse;

**NOW THEREFORE** IT IS ORDERED that the personnel providing security, on behalf of NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION or the UNITED STATES MARSHAL, shall appear at Court in civilian attire.

Dated: January 28, 2022

                                                  So Ordered: _____
                                                               Hon. Edgardo Ramos