

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-2375<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

March 16, 2022

**VIA ECF**
Honorable Edgardo Ramos
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

The application is __X__ granted
                   ____ denied

_____
Edgardo Ramos, U.S.D.J
Dated: __03/17/2022__
New York, New York

Re:   <u>Anthony Lindsey v. Detective Butler, et al.</u>, 11-cv-9102 (ER)

Your Honor:

   I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Detective Butler and Detective Werner. Following trial in this case, defendants moved the court, *inter alia*, to set aside the verdict as contrary to the weight of the evidence. Defendants' motion is due on March 18, 2022, with plaintiff's opposition due on April 18, 2022, and defendants' reply to May 2, 2022. The undersigned has been sick and out of work for the past week and as such, defendants write respectfully to request a one week extension of time to file their motion, to March 25, 2022, with a corresponding extension of time for plaintiff's opposition to April 25, 2022, and defendants' reply to May 9, 2022. This is the second such request, to which plaintiff consents.

   Thank you for your consideration herein.

                  Respectfully submitted,
                   /s/
                   John Schemitsch
                   *Senior Counsel*

cc:   **VIA ECF**
   Steven M. Shepard
   Stephanie Spies
   Susman Godfrey, LLP
   *Attorney for Plaintiff*