

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JOHN SCHEMITSCH**
*Senior Counsel*
Phone: (212) 356-2375
Fax: (212) 356-3509
jschemit@law.nyc.gov

**VIA ECF**
Honorable Edgardo Ramos
United States District Court Judge
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

> The request for an extension is granted.
>
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J
> Dated: June 24, 2022
> New York, New York

Re:   Anthony Lindsey v. Detective Butler, et al., 11-cv-9102 (ER)

Your Honor:

I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Detective Butler and Detective Werner. Following trial in this case, defendants moved the court, *inter alia*, to set aside the verdict as contrary to the weight of the evidence. Defendants filed their motion on March 25, 2022, with plaintiff filing a motion on the same date. The parties filed their respective oppositions on June 14, 2022. In light of other case commitments, defendants request a two week extension of time for both parties to file their replies, from June 28, 2022 to July 12, 2022. This is the first request for an extension of the reply deadline, to which plaintiff consents.

Thank you for your consideration herein.

Respectfully submitted,
/s/
John Schemitsch
*Senior Counsel*

cc:   **VIA ECF**
Steven M. Shepard
Stephanie Spies
Susman Godfrey, LLP
*Attorney for Plaintiff*