

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **JOHN SCHEMITSCH**<br>*Senior Counsel*<br>Phone: (212) 356-2375<br>Fax: (212) 356-3509<br>jschemit@law.nyc.gov |

**MEMO ENDORSED**

July 11, 2022

**VIA ECF**
Honorable Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square, Room 619
New York, New York 10007

    Re:    <u>Anthony Lindsey v. Detective Butler, et al.</u>, 11-cv-9102 (ER)

Your Honor:

    I am a Senior Counsel in the office of Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, representing defendants Detective Butler and Detective Werner. Following trial in this case, defendants moved the court, *inter alia*, to set aside the verdict as contrary to the weight of the evidence. Defendants filed their motion on March 25, 2022, with plaintiff filing a motion on the same date. The parties filed their respective oppositions on June 14, 2022. In light of other case commitments, defendants request a brief extension of time for both parties to file their replies, from July 12, 2022 to July 22, 2022. This is the second request for an extension of the reply deadline, to which plaintiff consents.

    Thank you for your consideration herein.

                                                  Respectfully submitted,
                                                /s/
                                                John Schemitsch
                                                *Senior Counsel*

cc:    **VIA ECF**
       Steven M. Shepard
       Stephanie Spies
       Susman Godfrey, LLP
       *Attorney for Plaintiff*

---

The extension request is granted.

SO ORDERED.

_____
Edgardo Ramos, U.S.D.J
Dated: July 11, 2022
New York, New York