**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ANTHONY LINDSEY,

                Plaintiff,

-against-                                            11 **CIVIL** 9102 (ER)

## JUDGMENT

DETECTIVE SEAN BUTLER and DETECTIVE
RICHARD WERNER,

                Defendants.
-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated December 22, 2022, Defendants' motion to set aside the punitive damages award and for new trial is GRANTED in part and DENIED in part. Specifically, Defendants' motion to vacate the $17,500 punitive damages award against Werner is granted, while the balance of Defendants' motion is denied. Furthermore, Lindsey's motion for declaratory judgment is DENIED. Judgment is entered in favor of Plaintiff.

**Dated:** New York, New York

      December 23, 2022

                                                              **RUBY J. KRAJICK**

                                                                 **Clerk of Court**

                          **BY:**    *K. Mango*

                                                                 **Deputy Clerk**